B. Newal Squyres (ISB #1621)
Pamela S. Howland (ISB #6177)
Ted C. Murdock (ISB #5431)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Post Office Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
nsquyres@hollandhart.com
phowland@hollandhart.com
tmurdock@hollandhart.com

Attorneys for Defendant MAXIMUS Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REGIS HARVEY, AMANDA COLLINS, ANDREA MCDONALD, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>MAXIMUS INC.,<br><br>                              Defendant. | Case No.  1:14-cv-00161-BLW<br><br>**DECLARATION OF B. NEWAL SQUYRES IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** |

B. NEWAL SQUYRES declares the following:

1.  I am a partner in the firm of Holland & Hart LLP, and serve as counsel for MAXIMUS Inc. in this case.  This declaration is provided in support of MAXIMUS Inc.'s Motion to Dismiss the Amended Complaint.  I have personal knowledge of the matters set forth herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of an offer of employment letter addressed to Ms. Amanda R. Collins dated September 19, 2013.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of an offer of employment letter addressed to Ms. Andie Mcdonald dated July 26, 2013.

DATED this 7th day of August, 2014.

HOLLAND & HART LLP

By      *s/B. Newal Squyres*
B. Newal Squyres, of the Firm
Attorneys for Defendant MAXIMUS Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August 2014 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Howard A Belodoff**
  howardbelodoff@idaholegalaid.org, bevallen@idaholegalaid.org

- **Jeremiah Matthew Hudson**
  jeremiah@frhtriallawyers.com, jason@frhtriallawyers.com,
  jennifer@frhtriallawyers.com

            *s/B. Newal Squyres*
of HOLLAND & HART LLP

7036447_1



**MAXIMUS**
*HELPING GOVERNMENT SERVE THE PEOPLE®*

September 19, 2013

Ms. Amanda R Collins
2522 W Woodlawn
Boise, ID 83702

Dear Ms. Collins:

MAXIMUS is pleased to extend an offer of full-time employment to you as the General Clerk I - in our Boise, ID office. We believe this is an excellent career opportunity for you and that we can offer you challenges to grow professionally. The details of the offer are set forth below:

## Compensation

Your starting hourly compensation will be $ 11.17/hour, paid on a semi-monthly basis, for actual hours worked.

The position being offered to you is categorized as eligible for the prevailing wage as determined under the Service Contracts Act (SCA). The Wage Determination rate for your position and locality are reflected above. Your succeeding compensation reviews and adjustments will be contingent on the federally established annual Wage Determination rate for your position and locality.

## Employee Benefits

For details about your assigned benefits plan please visit www.maximusbenefits.com and refer to the section labeled "Service Contract Act (SCA) employee benefits."

- You will receive Paid Time Off (PTO), based on actual hours worked. Your Paid Time Off grant is available after one year of continuous service;
- Paid holidays as stated in the Corporate Employee Manual for SCA employees;
- Fringe benefits at the employee only level that provide health, dental, vision, life and disability benefits;
- MAXIMUS contribution into a 401(k) account set up on your behalf;
- Other benefits as described in the Corporate Employee Manual, specific to SCA employees.

Please note that all benefits are subject to change.

## Contingency Matters

Ms. Amanda R Collins 1 of 3

**EXHIBIT 1**

Your target start date will be September 23, 2013. This offer of employment, if not previously accepted by you, will expire five (5) days from the date of this letter. This offer and your continued employment are contingent upon the following:
- Electronic acceptance of the Offer Letter;
- Acceptance of the Confidentiality and Restrictive Covenant Agreement (C&RC) as part of the onboarding process that includes provisions pertaining to restrictions on confidential information and competition;
- Complete and truthful information as represented within your employment application, resume and any other documentation you provided;
- Satisfactory results of any background investigations and education confirmation checks conducted by MAXIMUS, as well as the results of drug screening, if required by the particular project wherein you are employed;
- Verification of your legal right to work in the United States;
- Verification of your ability to work for MAXIMUS without restriction, meaning you are not subject to any non-compete obligations or other restrictive covenants with your current or former employer, unless such restrictions have been disclosed and resolved to the Company's satisfaction.

As a condition of employment, MAXIMUS employees are required to complete the Corporate Compliance Training (CCT) requirements within five (5) working days from their hire date. These CCT requirements should be completed as a priority to project or job-specific training (See Employee Manual). It is essential that you comply with the training requirements within the specified period of time. MAXIMUS will make the dates and other details of this training available to you within your first week of employment. Employees who do not comply with this requirement may be subject to disciplinary action up to and including termination.

As you know, MAXIMUS provides services through various contracts. Continued employment at MAXIMUS is contingent on the viability and continuation of these contracts. The cancellation or non-renewal of these contracts may adversely impact your employment with MAXIMUS.

**Employment At-Will**

Employment at MAXIMUS is on an at-will basis. This means that you or MAXIMUS may terminate the employment relationship at any time, with or without cause and with or without notice. This letter is not a contract of employment and nothing in this letter is intended to alter or in any way change the at-will nature of your employment with MAXIMUS. You may terminate your employment with MAXIMUS at any time. Likewise, MAXIMUS may terminate your employment at any time.
Should you have any questions about employment with MAXIMUS, please do not hesitate to contact a representative from the Human Capital Resolution Center (HCRC) at 866-307-1477, Monday - Friday 8 am - 6 pm ET: hcrc@maximus.com. We look forward to having you join the MAXIMUS team.

Ms. Amanda R Collins 2 of 3

## Orientation

We would like you to start employment with MAXIMUS on September 23, 2013 by reporting to the Boise, ID office, located at 11311 West Chinden Blvd, to attend a new hire Orientation Session at 9:30 AM. Please ask for Norman O Iracheta at the reception desk.

Prior to the Orientation Session, you will receive an email from MAXIMUS welcoming you to the organization. This email will contain a link that will route you to our eOnboarding System for New Hire Information. You will be asked to confirm information previously supplied to MAXIMUS and will be asked to provide additional information. Please complete this process within 48 hours of receipt of the MAXIMUS email.

## Employment Eligibility

The law requires that we verify the identity and employment eligibility of everyone hired and that we complete and retain a Form I-9. On your first day of employment, please bring the appropriate document(s) as described in the List of Acceptable Documents attached to this letter. You may call the I-9 Hotline at (866) 254-5094 extension 171 if you have questions.

You will be required to complete a federal tax form (and any applicable state and local tax forms) on or prior to your first day of employment. If a tax form is not completed, MAXIMUS will default your withholding to the highest tax rate for your income bracket.

We hope you choose to accept our offer. If you do, please sign, date and return this original letter via email or fax to the Human Capital Resolution Center (HCRC). The HCRC's email address is hcrc@maximus.com and their fax number is 703-689-3272. By signing this letter, you also represent that you are not subject to any non-competition agreement or similar agreement that would in any way restrict you from performing services on behalf of MAXIMUS and its clients.

Please call Norman O Iracheta at 956-982-4100, if you require additional information with regard to our company, your position or the content of this letter.

Our corporate philosophy is: 'Quality, Profitability, and Growth'; these attributes rely on the skills and commitment levels of our staff. We have every confidence in your ability to contribute to our company and look forward to you being part of the MAXIMUS Team.

Sincerely yours,


Accepted By:_____Date:_____


Ms. Amanda R Collins 3 of 3



**MAXIMUS**
*HELPING GOVERNMENT SERVE THE PEOPLE®*

July 26, 2013

Ms. Andie Mcdonald
854 E Ensoalrado
Kuna, ID 83634

Dear Ms. Mcdonald:

MAXIMUS is pleased to extend an offer of full-time employment to you as the Supervisor - Customer Service in our Boise, ID office. We would like you to start on August 12, 2013. We believe this is an excellent career opportunity for you and that we can offer you challenges to grow professionally. The details of the offer are set forth below:

### Compensation

Your annual base compensation will be $37,000.00, paid semi-monthly at a rate of $1,541.67. Your compensation in succeeding years will be considered for adjustment as part of our normal performance review process.

### Employee Benefits

For details about our employee benefits, please visit our benefits website www.maximusbenefits.com and refer to the column "Benefits Information". You will be eligible to participate, according to the terms of the respective plans, in the following fringe benefits:

- Based on your job title, you will receive 15 days of Paid Time Off (PTO). However, if you are rejoining the MAXIMUS team, you may receive additional PTO days
- Paid holidays as stated in the Corporate Employee Manual
- Employer subsidized health, dental, life and short/long term disability insurance
- Participation in the MAXIMUS 401k plan which includes matching corporate contributions and
- Other benefits as described in our Corporate Employee Manual

Please note that all benefits are subject to change.

### Contingency Matters

This offer and your continued employment are contingent upon the following:
- Return of the signed Offer Letter
- Acceptance of the Confidentiality and Non-Competition Agreement as part of your eOnboarding process that includes provisions pertaining to restrictions on confidential

Ms. Andie Mcdonald 1 of 4



EXHIBIT 2

information and competition
- Complete and truthful information as represented within your employment application, resume, and any other documentation provided by you
- Satisfactory results of any background investigations and reference checks that MAXIMUS may conduct
- Verification of your legal right to work in the United States
- Verification of your ability to work for MAXIMUS without restriction, meaning you do not have non-competition obligations or other restrictive covenants with your current or former employer; or any non-competition or other restrictions disclosed by you have been resolved to MAXIMUS' satisfaction

As a condition of employment, MAXIMUS employees are required to complete the Corporate Compliance Training (CCT) requirements within five (5) working days from their hire date. These CCT requirements should be completed as a priority to project or job-specific training (See Employee Manual). It is essential that you comply with the training requirements within the specified period of time. MAXIMUS will make the dates and other details of this training available to you within your first week of employment. Employees who do not comply with this requirement may be subject to disciplinary action up to and including termination.

As you know, MAXIMUS provides services through various contracts. Continued employment at MAXIMUS is contingent on the viability and continuation of these contracts. The cancellation or non-renewal of these contracts may adversely impact your employment with MAXIMUS.

### Employment At-Will

Employment at MAXIMUS is on an at-will basis. This means that you or MAXIMUS may terminate the employment relationship at any time, with or without cause and with or without notice. This letter is not a contract of employment and nothing in this letter is intended to alter or in any way change the at-will nature of your employment with MAXIMUS. You may terminate your employment with MAXIMUS at any time. Likewise, MAXIMUS may terminate your employment at any time.

### Job Description

A copy of the job description for your position is available upon request from your Human Resources Representative. Please contact Whitney D Whiddon to obtain a copy. Any and all concerns about your job description should be discussed with your manager immediately.

### Orientation

We would like you to start employment with MAXIMUS on August 12, 2013 by reporting to the Meridian, ID office, located at University of Phoenix - Idaho Campus, 1422 South Tech Lane, to attend a new hire Orientation Session at 8:00 AM. Please ask for Barbara J Schafer at the reception desk.

Ms. Andie Mcdonald 2 of 4

Prior to the Orientation Session, you will receive an email from MAXIMUS welcoming you to the organization. This email will contain a link that will route you to our eOnboarding System for New Hire Information. You will be asked to confirm information previously supplied to MAXIMUS and will be asked to provide additional information. Please complete this process within 48 hours of receipt of the MAXIMUS email.

**Employment Eligibility**

The law requires that we verify the identity and employment eligibility of everyone hired and that we complete and retain a Form I-9. On your first day of employment, please bring the appropriate document(s) as described in the List of Acceptable Documents attached to this letter. You may call the I-9 Hotline at (866) 254-5094 extension 171 if you have questions.

You will be required to complete a federal tax form (and any applicable state and local tax forms) on or prior to your first day of employment. If a tax form is not completed, MAXIMUS will default your withholding to the highest tax rate for your income bracket.

We hope you choose to accept our offer. If you do, please sign, date and return this original letter via email or fax to the Human Capital Resolution Center (HCRC). The HCRC's email address is hcrc@maximus.com and their fax number is 703-689-3272. By signing this letter, you also represent that you are not subject to any non-competition agreement or similar agreement that would in any way restrict you from performing services on behalf of MAXIMUS and its clients.

Please call Barbara J Schafer at 703-251-8500, if you require additional information with regard to our company, your position or the content of this letter.

Our corporate philosophy is: 'Quality, Profitability, and Growth'; these attributes rely on the skills and commitment levels of our staff. We have every confidence in your ability to contribute to our company and look forward to you being part of the MAXIMUS Team.

Sincerely yours,


Accepted By: Andie McDonald    Date: 7/26/13

Ms. Andie Mcdonald 3 of 4

**ENCLOSURES:**

Confidentiality and Non-Competition Agreement (For your review only at this time)
I-9 List of Acceptable Documents
Pay Schedule
Virtual Orientation Schedule (if applicable)
Tax Credit Forms

Ms. Andie Mcdonald 4 of 4